

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2018

No. 04-17-00811-CV

Richard O. **WEED**, Timothy A. Weed, and Rees R. Oliver, III,
Appellants

v.

**FROST BANK**, Individually and as Independent Executor of the Estate of Rees R. Oliver, Jr.
Deceased,
Appellees

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2011-PC-2024A
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Appellants' unopposed second motion for extension of time to file the appellants' brief is granted. We order appellants to file the appellants' brief by April 18, 2018. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court